UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL ABRAMSKY et al., :

: ORDER
              Plaintiffs,               03 Civ. 6595 (VM) (GWG)
:
  -v.-
:

:
ALSTOM SA et al.,
             Defendants. :
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     Counsel for plaintiff having reported that the motions for issuance of letters of request were previously granted, the Clerk is requested to mark these motions (Docket ## 270 and 273) as closed.

     SO ORDERED.

Dated: September 18, 2009
       New York, New York

                                                _____
                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge