UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL ABRAMSKY et al.,                        :

                                                      :   ORDER
                  Plaintiffs,       03 Civ. 6595 (VM) (GWG)
                                                        :

-v.-                                            :

                                                        :

ALSTOM SA et al.,                               :
                 Defendants.      :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/09

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Oral argument on plaintiffs' motion relating to the advice of counsel defense shall be held on Monday, October 26, 2009 at 4:00 p.m. in Courtroom 17-A, 500 Pearl Street, New York, New York.

      SO ORDERED.

Dated: October 1, 2009
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge