UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL ABRAMSKY et al.,                          :
                                                  :   ORDER
                    Plaintiffs,                   :   03 Civ. 6595 (VM) (GWG)
                                                  :
        -v.-                                      :
                                                  :
ALSTOM SA et al.,                                 :
                    Defendants.                   :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/09

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

   For the reasons stated today on the record, plaintiffs' motion relating to the advice of counsel defense (Docket # 281) is granted in part and denied in part.

   SO ORDERED.

Dated: November 10, 2009
       New York, New York

                                            _____
                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge